UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (VIA ZOOM)

DEFT:   LOUIS YOUNGLOVE (J)#73092-004          CASE NO:   21-60078-CR-RUIZ

AUSA:   BROOKE LATTA   (D. ZACCA DUTY AUSA)✓   ATTY:   CHAD MASON ✓

USPO:

VIOL:   **21:U.S.C. § 841**

PROCEEDING:   ARRAIGNMENT          RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no          COUNSEL APPOINTED:

BOND SET @:          To be cosigned by:

*A -APPEARING BY VIDEO CONF.*

- ❏   All standard conditions
- ❏   Do not encumber   property.
- ❏   Surrender and / or do not obtain passports / travel documents.

~~Reading of Indictment Waived~~
~~Not Guilty plea entered~~
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~

- ❏   Rpt to PTS as directed /   or_ x's a week/month by phone; _ x's a week/month in person.

*A -ARR SDO- WILL BE ENTER.*

- ❏   Random   urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏   Maintain or seek full - time employment.
- ❏   No contact with victims / witnesses.
- ❏   No firearms.
- ❏   Electronic Monitoring:
- ❏   Travel extended to:
- ❏   Other:

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| **ARRAIGN** OR REMOVAL: | | | | |
| PRELIM/EXAM HRG | | | | |

3/31/21   TIME:   **11:00 AM**   FTL/TAPE/# JMS-   } 5 MINS {   Begin   DAR:

*10*

[] *** RECORDED BY ZOOM 310 JUDGE HUNT'S COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR:   *12:49:41-*