UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                       Case No:     0:21-CR-60078-RAR

LOUIS CHARLES YOUNGLOVE,
    Defendant.
_____/

**DEFENDANTS SECOND UNOPPOSED MOTION TO CONTINUE TRIAL**

    The Defendant, LOUIS CHARLES YOUNGLOVE, by and through undersigned counsel, and without opposition from the Government, respectfully requests that this Honorable Court continue the trial currently set on October 25, 2021 in this matter. In support of this motion, the Defendant states the following:

1. This matter was previously set for jury trial on August 30, 2021, and the court granted undersigned counsel's First Unopposed Motion for a Continuance, requesting an additional 60-days.
2. This matter is currently set for jury trial at 11:00 am on October 25, 2021. All pending pretrial motions on this case are due next Tuesday, October 5, 2021.
3. Due to the severity of the recent spike in covid-19 cases in Broward County, and policies implemented by the Broward Sheriff's Office, counsel has until just recently had very limited access or no access to in person visits with Mr. Younglove since the granting of the last continuance in this matter. This has severely impeded our ability to adequately prepare this case for trial.
4. Additionally, counsel is currently drafting a Motion to Suppress Physical Evidence and Statements in this matter, and it has come to the parties' attention that certain relevant body-cam footage may be available that the Defense has not been able to view, which may support or negate some arguments contained in the proposed motion. As such, the motion will likely still be incomplete as of the deadline for all pretrial motions to be filed, and counsel is respectfully requesting more time to complete it.
5. Undersigned counsel believes that a 30-day continuance of the trial in this matter

1

would be sufficient time to complete these outstanding tasks.

6. Undersigned has contacted the Assistant United States Attorney, Brooke Latta and discussed the above matters with her, and she has indicated that she does not oppose or object to the requested continuance.

WHEREFORE, the Defendant, Louis Charles Younglove, through his undersigned counsel, respectfully requests that this Honorable Court continue the currently scheduled October 25 trial date in this matter by approximately 30 days and enter an Order to that effect.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed via the CM/ECF system, which will send notice of electronic filing to all counsel or parties of record, on September 30, 2021.

MK LAW, P.A.
Attorney for Defendant
633 SE 3rd Avenue, Suite 4F
Ft. Lauderdale, FL 33301
(954) 865-6032
chad@mymklawyers.com

By: _____
Chad S. Mason, Esq.
Fla. Bar No.: 91186