# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
     Plaintiff,

v.                     Case No:     0:21-CR-60078-RAR

LOUIS CHARLES YOUNGLOVE,
        Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE AS CO-COUNSEL OF RECORD

**YOU ARE HEREBY NOTIFIED** that the undersigned attorney, who is admitted or otherwise authorized to practice in this court, does hereby enter his appearance as co-counsel for **LOUIS CHARLES YOUNGLOVE**, the Defendant in above styled case.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the Defendant of the right to appeal, to file a timely notice of appeal if requested to do so by the Defendant, and to pursue that appeal unless relieved by Court Order.

Fee disputes between counsel and client shall not be a basis for withdrawal from this representation.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed via the CM/ECF system, which will send notice of electronic filing to all counsel or parties of record, on December 8, 2021.

**MK LAW, P.A.**
Attorney for Defendant
633 SE 3rd Avenue, Suite 4F
Ft. Lauderdale, FL 33301
(954) 865-6032
Kahn@mymklawyers.com

By: _____
       Kahn Kassegn, Esq.
       Fla. Bar No.: 91494