UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60078-RAR

UNITED STATES OF AMERICA

vs.

LOUIS CHARLES YOUNGLOVE,

    Defendant.
_____/

## NOTICE

**THE COURT** hereby gives notice that it has been informed by the Government that one of the prosecutors during the pendency of this case was not in good standing with the Florida Bar due to a failure to pay bar dues timely. The Court gives this notice, in an abundance of caution, to defense counsel and Defendant, as no relief would be warranted in this case that ended with a guilty plea. *See United States v. Broussard*, 882 F.3d 104 (5th Cir. 2018); *United States v. Suesun,* 237 F.3d 1284, 1286 (11th Cir. 2001).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of May, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record